1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 49HOPKINS, LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No.  19-cv-00811-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **January 15, 2021 at 3:00 PM**.
Counsel *must* file a joint case management statement by **January 8, 2021**.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: **March 5, 2021**.

DESIGNATION OF EXPERTS: **January 8, 2021**; REBUTTAL: **February 5, 2021**;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: **March 5, 2021**.

DISPOSITIVE MOTIONS **SHALL** be filed by; **March 26, 2021**;
        Opp. Due: **April 9, 2021**; Reply Due: **April 16, 2021**;
        and set for hearing no later than **April 30, 2021** at 10:00 AM.

PRETRIAL CONFERENCE DATE:  **June 22, 2021** at 3:30 PM.

JURY TRIAL DATE: **July 6, 2021** at 8:30 AM.
        Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 19, 2020

_____
SUSAN ILLSTON
United States District Judge